IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

    Plaintiff,

vs.

KTC, LLC,

    Defendant.

8:19CV112

ORDER

The parties are engaged in settlement discussions.

Accordingly,

IT IS ORDERED:

1) The deadline for completing the parties' Rule 26(f) Report is extended to September 20, 2019.

2) The clerk shall set a case management deadline of September 23, 2019 to check on the status of this case.

June 21, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge