IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZACH HILLESHEIM, | ) | Case No.: 8:19-CV-00112 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR** |
| | ) | **DISMISSAL** |
| KTC, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties, through their attorneys of record, hereby stipulate and agree that this action may be dismissed with prejudice, except for purposes of enforcement, with each party to pay his or its own costs.

Dated this 6th day of September, 2019.

ZACH HILLESHEIM, Plaintiff


By: _s/Padraigin L. Browne_____
Padraigin L. Browne
BROWNE LAW LLC
8530 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
Phone:  (612) 293-4805
paddy@brownelawllc.com
**ATTORNEY FOR PLAINTIFF**

KTC, LLC Defendant


By: s/Patrick M. Flood_____
Patrick M. Flood, #19042
PANSING HOGAN ERNST & BACHMAN LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
Phone:  (402) 397-5500
Facsimile:  (402) 397-4853
pflood@pheblaw.com
**ATTORNEY FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 6th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Padraigin L. Browne
Browne Law LLC
8530 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042


/s/Patrick M. Flood