IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | ) | Case No.: 8:19-CV-00112 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| KTC, LLC, | ) | |
| Defendant. | ) | |

THIS MATTER COMES BEFORE THE COURT upon the Stipulation of the Parties that this case be dismissed, with prejudice, except for enforcement purposes, with each party to bear his or its own costs.

Upon consideration of the Stipulation, and being duly advised in the premises, the Court approves of the parties' Stipulation.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed, with prejudice, except for enforcement purposes, and each party shall bear his or its own costs.

DATED this  18th  day of  September   , 2019.

_____
District Court Judge Brian C. Buescher